1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8
9

10  DAMION THOMAS,

11              Plaintiff,

              v.
12

13  HENRI FISCHER,

              Defendant.
14

CASE NO. 2:24-cv-01056-JCC-DWC

ORDER ON MOTION FOR
EXTENSION OF TIME

15        This action filed pursuant to 42 U.S.C. § 1983 has been referred to United States

16  Magistrate Judge David W. Christel. Before the Court is Plaintiff Damion Thomas's Motion for

17  an Extension of Time to file an amended complaint. Dkt. 5. Plaintiff requests an additional thirty

18  days to prepare and file an amended complaint but does not explain why this additional time is

19  needed. Given his status as a *pro se* litigant and that this is the first request for an extension, the

20  Court will grant Plaintiff's request. However, he is advised that any future motion to extend a

21  filing deadline must be supported by good cause.

22        The Motion for an Extension of Time (Dkt. 5) is therefore granted. The new deadline for

23  Plaintiff to file an amended complaint is October 25, 2024. As previously advised, failure to file

24

ORDER ON MOTION FOR EXTENSION OF
TIME - 1

an amended complaint by the stated deadline will result in a recommendation this action be

dismissed for failure to state a claim and for failure to properly prosecute.

Dated this 27th day of September, 2024.

David W. Christel
United States Magistrate Judge

ORDER ON MOTION FOR EXTENSION OF
TIME - 2